UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUFINO DEJESUS, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

BUKHARA GRILL II, INC. (d/b/a BUKHARA GRILL), VIJAY RAO, RAJA JHANHEE, and VICKE VERMA

                *Defendants.*
------------------------------------------------------------X

Docket No.: 20-CV-06147-PGG-DCF

**STIPULATION OF DISMISSAL**

      **WHEREAS**, Plaintiff RUFINO DEJESUS ("Plaintiff"), filed a Complaint ascertaining claims for inter alia, the failure to pay minimum wages, overtime compensation, and spread of hours pay under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), the New York Labor Law §§ 190 *et seq.* and 650 *et seq.* ("NYLL"), and applicable regulations; and

      **WHEREAS**, Plaintiffs and Defendants, BUKHARA GRILL II, INC. (d/b/a BUKHARA GRILL), VIJAY RAO, RAJA JHANHEE, and VICKE VERMA ("Defendants") (collectively with Plaintiff, the "Parties"), reached a settlement of this action and Plaintiff's claims through arms-length negotiations, and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the Parties' settlement; and

      **WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, inter alia, a bona fide dispute over provisions of the FLSA, the NYLL, WTPA, and applicable regulations;

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| CSM LEGAL, P.C. | THE YITZHAK LAW GROUP |
| By: *Ramsha Ansari* <br> Ramsha Ansari, Esq. <br> 60 East 42nd Street, Suite, 4510 <br> New York, New York 10165 <br> (212) 317-1200 <br> *Attorneys for Plaintiffs* | By: *Catherine Gretschel* <br> ~~Erica Yitzhak, Esq.~~ CATHERINE GRETSCHEL, ESQ. <br> 1 Linden Place, Suite 406 <br> Great Neck, New York 11021 <br> (516) 466-7144 <br> *Attorney for Defendants* |

SO ORDERED:

_____   June 9, 2022
HON. JUDGE PAUL G. GARDEPHE